## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Marilyn D. Go**   DATE : 2/28/13

DOCKET NUMBER: 11CR486(DLI)   LOG # : 5:34 – 5:36

DEFENDANT'S NAME : Hamza Hamideh
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL : ~~Lee Ginsberg~~ *Jarett Magee* Sam Gregory
   ___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A: Gina Parlovecchio / Nadia Shihata   DEPUTY CLERK : F. Chin

INTERPRETER : _____ (Language) _____

___ Hearing held.   **Detention** Hearing adjourned to 3/1/13 @ 2:00

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start___ Stop___

___ Order of Speedy Trial entered.   Code Type___ Start___ Stop___

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER   ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : Temporary OV