*Law Offices of*
# SAMUEL GREGORY

*16 Court Street, Suite 2008*
*Brooklyn, NY 11241*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
*www.samgregory.com*

*Admitted in NY and NJ*

May 16, 2013

**VIA ECF**

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States V. Hamzah Hamideh
    Criminal Docket No. 11-486

Dear Judge Irizarry,

 Please be advised that Hamzah Hamideh requests that he be permitted to travel to Oakbrook, Illinois, for his cousin's wedding ceremony on Sunday, May 19, 2013.
 Mr. Hamideh and his wife will leave New York Friday afternoon and return to New York by Tuesday evening. Mr. Hamideh will be driven by his wife.
 Pre-Trial Services has no objection. A copy of the itinerary has also been provided to Pre-Trial services.
 I have received a response from A.U.S.A Dean, and she has no objection to Mr. Hamideh's request.
 Please feel free to contact me with any questions or issues.

             Respectfully submitted,

             ____/s/ Samuel Gregory_____
             Samuel Gregory Esq.

cc: A.U.S.A Dean
cc: U.S Pretrial Services (by facsimile)