*Law Offices of*

# SAMUEL GREGORY

*16 Court Street, Suite 2008*
*Brooklyn, NY 11241*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
*www.samgregory.com*

*Admitted in NY and NJ*

August 1, 2013

**VIA FACSIMILE**

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201


Re: United States V. Hamzah Hamideh
    Criminal Docket No. 11-486

Dear Judge Irizarry,

Please be advised that Hamzah Hamideh requests that he be permitted to travel to Miami, Florida for a family vacation.

Mr. Hamideh and his family will leave New York Thursday, August 15, 2013 and return to New York by Tuesday, August 20, 2013.  Mr. Hamideh would like to fly with his family to Miami, Florida.

Pre-Trial Services has no objection. A copy of the flight itinerary will be provided to Pre-Trial services if Mr. Hamideh's travel request is granted.

A.U.S.A Tiscione has no objection on Mr. Hamideh traveling with his family. Please feel free to contact me with any questions or issues.

Respectfully submitted,

Samuel Gregory Esq.

cc: A.U.S.A Tiscione
    U.S Pretrial Services (by facsimile)